IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL JOSEPH NILIO,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3405

Opinion filed August 11, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Michael Joseph Nilio, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  The petition for writ of prohibition is denied on the merits.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.